| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | **Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial) SARGUS, JR., EDMUND A | 2. Court or Organization Southern District of Ohio | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 85 Marconi Blvd. Room 301 Columbus, OH 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. Sent. Comm./FBA Annual Sem., 5/28-5/30, Miami Beach, Florida | Speaker at Annual Seminar on U.S. Sent. Guidelines. Association paid for flight, lodging, meals |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARGUS, JR., EDMUND A | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. UNIZ, formerly known as United National Bank of Ohio - com. | D | Dividend | N | T | Partial sale | 9/8 | K | D | Public sale |
| 2. UNIZ, formerly known as United National Bank of Ohio - com | D | Dividend | N | T | Partial sale | 10/17 | K | D | Public sale |
| 3. First Merit Bank - com. | D | Dividend | M | T | | | | | |
| 4. NiSourse, Inc. (formerly Northern Indiana Public Service - c | B | Dividend | K | T | | | | | |
| 5. Nuveen Municipal Value Fund - com. | A | Dividend | J | T | | | | | |
| 6. Columbus National Bank - bank deposit | A | Interest | J | T | | | | | |
| 7. U.S. Government Bonds | B | Interest | J | T | | | | | |
| 8. Putnam Managed Mutual Fund - com. | A | Interest | J | T | | | | | |
| 9. AIM Funds (Constellation & Weingarten) mutual fund | A | Dividend | J | T | | | | | |
| 10. Timken Co. - com. | A | Dividend | J | T | | | | | |
| 11. Citigroup (formerly Citicorp) - com. | A | Dividend | K | T | | | | | |
| 12. Bell South - com. | A | Dividend | J | T | | | | | |
| 13. PPG Industries - com. | A | Dividend | J | T | | | | | |
| 14. Disney - com. | A | Dividend | J | T | | | | | |
| 15. Westbanco Co. (was formerly American Bank Corp.) | B | Dividend | L | T | | | | | |
| 16. Nuveen Municipal Value Fund - com. | A | Dividend | J | T | | | | | |
| 17. National City Bank - bank deposit | A | Interest | J | T | | | | | |
| 18. Reserve Fund - money market | B | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARGUS, JR., EDMUND A | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Tire America - Limited part. int. | A | Distribution | J | T | | | | | |
| 20. Northwest Mutual Life Ins. whole life policies | A | Interest | J | T | | | | | |
| 21. Huntington National Bank - bank deposit | A | Interest | J | T | | | | | |
| 22. AMAL Bond | A | Interest | J | T | | | | | |
| 23. Western Investment Real Estate Fund - comm. | A | Dividend | J | T | | | | | |
| 24. Corning, Inc. | A | Dividend | K | T | | | | | |
| 25. America Online | A | Dividend | J | T | | | | | |
| 26. America Online | A | Dividend | J | T | | | | | |
| 27. Cisco | A | Dividend | J | T | | | | | |
| 28. Home Depot | A | Dividend | J | T | | | | | |
| 29. Pimco Mutual Fund C Innovative | A | Dividend | J | T | | | | | |
| 30. Pimco Mutual Fund C Innovative | A | Dividend | J | T | | | | | |
| 31. Pimco Mutual Fund C Innovative | A | Dividend | J | T | | | | | |
| 32. Massachusetts Inv. Growth Stock Class B | A | Dividend | J | T | | | | | |
| 33. Ohio State Public Facilities Bond | A | Dividend | J | T | Redemption | 6/30 | J | B | Public redemption |
| 34. Ford Motor Company | A | Dividend | J | T | Buy | 5/1 | J | | |
| 35. Ford Motor Company | A | Dividend | J | T | Sell | 9/5 | J | C | Public sale |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  5 - 17 - 2004 (nunn)

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544